United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 27, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-60072
Summary Calendar

MICHAEL CHIKA MEREMIKWU,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A77 477 380
--------------------

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Michael Chika Meremikwu, a native and citizen of Nigeria, petitions this court to review the final order of removal issued by the Board of Immigration Appeals (BIA). Meremikwu failed to file his petition within the 30-day period mandated by 8 U.S.C. § 1252(b)(1). Accordingly, we lack jurisdiction to consider it. See Navarro-Miranda v. Ashcroft, 330 F.3d 672, 676 (5th Cir. 2003).

The petition for review is DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.